UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>      Plaintiffs,<br><br>      v.<br><br>LISA JACKSON, in her official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>      Defendants.<br>_____/ | No. C11-03106 JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiffs and Defendants, by and through counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint to October 3, 2011.

Dated: August 25, 2011

        s/ *Martin F. McDermott*
        MARTIN F. MCDERMOTT, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        P.O. Box 23986
        Washington, D.C. 20026-3986
        (202) 514-4122
        *Counsel for Defendants*

        s/ Wendy Park
        WENDY PARK, Associate Attorney
        Earthjustice
        426 17TH St., 5th Floor
        Oakland, CA 94612
        510-550-6725
        *Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 29, 2011            _____
                                                     UNITED STATES DISTRICT JUDGE