UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>Defendants. | No. C11-03106 JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT REQUIREMENTS PENDING COMPLETION OF SETTLEMENT DISCUSSIONS** |

Plaintiffs and Defendants, by and through counsel, hereby jointly stipulate to a continuance of the case management conference requirements applicable to this case, pending completion of ongoing settlement discussions. **The case management conference in this matter is currently scheduled for October 21, 2011.** In support hereof, the parties state as follows:

1. This case involves claims that the United States Environmental Protection Agency has failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q.

2. Plaintiffs and Defendants have been actively discussing settlement and are optimistic that a settlement will be reached in this matter.

3. In light of the ongoing settlement discussions, the parties request that case management requirements -- including the case management statement and the case management conference currently set for October 21, 2011 -- be continued. If allowed, the parties would submit by December 1, 2011, a joint report advising of this matter's status and offering suggestions for further proceedings.

Respectfully submitted October 14, 2011

s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
*Counsel for Defendants*

                     s/ Wendy Park
                     WENDY PARK, Associate Attorney
Earthjustice
426 17TH St., 5th Floor
Oakland, CA 94612
510-550-6725
*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

1. The case management conference in this matter, currently set for October 21, 2011, is hereby continued to ~~a date to be determined.~~ December 9, 2011 at 1:30 p.m.

2. ~~On or before December 1, 2011, the parties will file a joint report advising the Court of this matter's status and offering suggestions for further proceedings.~~

Dated: October 17, 2011

_____
UNITED STATES DISTRICT JUDGE