UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>    Plaintiffs,<br><br>    v.<br><br>LISA JACKSON, in her official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>    Defendants.<br>_____/ | No. C11-03106 JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

    Plaintiffs and Defendants, by and through counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint to December 19, 2011.

Dated: November 7, 2011

    s/ *Martin F. McDermott*
    MARTIN F. MCDERMOTT, Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    P.O. Box 23986
    Washington, D.C. 20026-3986
    (202) 514-4122
    *Counsel for Defendants*

    s/ *Wendy Park*
    WENDY PARK, Associate Attorney
    Earthjustice
    426 17TH St., 5th Floor
    Oakland, CA 94612
    510-550-6725
    *Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___November 7, 2011___    _____
                                                            UNITED STATES DISTRICT JUDGE