UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>Defendants._____/ | No. C11-03106 JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT REQUIREMENTS PENDING COMPLETION OF SETTLEMENT DISCUSSIONS** |

Plaintiffs and Defendants, by and through counsel, hereby jointly stipulate to a further continuance of the case management conference requirements applicable to this case, pending completion of ongoing settlement discussions. **The case management conference in this matter is currently scheduled for December 9, 2011 at 1:30 p.m.** In support hereof, the parties state as follows:

1. This case involves claims that the United States Environmental Protection Agency has failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q.

2. Plaintiffs and Defendants have been actively discussing settlement and have reached a tentative settlement of this matter, subject to appropriate approvals by government officials.

3. In light of the foregoing, the parties request that case management requirements -- including the case management statement and the case management conference currently set for December 9, 2011 -- be continued for not less than 45 days (i.e., until a date after January 23, 2012).

Respectfully submitted November 23, 2011

s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
*Counsel for Defendants*

        s/ Wendy Park
        WENDY PARK, Associate Attorney
        Earthjustice
        426 17th St., 5th Floor
        Oakland, CA 94612
        415-217-2000
        *Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

The case management conference in this matter, currently set for December 9, 2011 at 1:30 p.m., is hereby continued to February 10, 2012.

Dated: November 28, 2011

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

-2-