UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>Defendants. | No. C11-03106 JSW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiffs and Defendants, by and through counsel, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint to January 27, 2011.

Dated: December 19, 2011

s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-4122
*Counsel for Defendants*

s/ *Wendy Park*
WENDY PARK, Associate Attorney
Earthjustice
426 17TH St., 5th Floor
Oakland, CA 94612
415-217-2000
*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 21, 2011

UNITED STATES DISTRICT JUDGE