1  PAUL R. CORT, State Bar No. 184336
   WENDY S. PARK, State Bar No. 237331
2  Earthjustice
   50 California Street, Suite 500
3  San Francisco, CA 94111
   pcort@earthjustice.org
4  wpark@earthjustice.org
   Tel: 415-217-2000 / Fax: 415-217-2040
5
6  Attorneys for Plaintiffs Sierra Club and
   Medical Advocates for Healthy Air
7

8                    UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO/OAKLAND DIVISION
10

11

12  SIERRA CLUB and MEDICAL ADVOCATES         )   Case No: C 11-03106-JSW
    FOR HEALTHY AIR,                          )
13                                            )
                  Plaintiffs,                 )   **JOINT STIPULATION TO EXTEND**
14         v.                                 )   **TIME FOR FILING MOTION FOR**
                                              )   **ATTORNEY'S FEES**
15  LISA P. JACKSON, in her official capacity as )
    Administrator of the United States Environmental )  **and**
16  Protection Agency, and JARED BLUMENFELD, in)
    his official capacity as Regional Administrator for )  **[PROPOSED] ORDER**
17  Region IX of the United States Environmental )
    Protection Agency,                        )
18                                            )
                  Defendants.                 )
19  _____  )

20         WHEREAS,

21         1.      On March 26, 2012, this Court signed and entered a Consent Decree resolving

22  plaintiffs' claims in this action (Dkt. 27);

23         2.      Under the terms of the Consent Decree, plaintiffs' motion for attorney's fees and

24  litigation costs is due on June 25, 2012, *see id.* ¶ 10;

25         3.      The parties may stipulate to an extension of the time for filing plaintiffs' motion for

26  attorney's fees and costs, *see id*. ¶ 4;

27         4.      Plaintiffs and defendants have reached an agreement settling plaintiffs' claims for

28  attorney's fees and costs but need additional time to carry out the terms of the agreement;

1    5.    An additional 91-day extension of the June 25, 2012 attorneys' fees and costs motion

2    deadline would afford the parties the time needed to do so without resort to further litigation;

3    THEREFORE, the parties, through their undersigned counsel, stipulate and request this Court

4    to order that plaintiffs shall serve and file a motion for attorney's fees and costs, if necessary, by

5    September 24, 2012. Defendants' counsel has authorized counsel for plaintiffs to sign and file this

6    stipulation jointly on the parties' behalf.

7

8                                            Respectfully submitted,

9
                                             PAUL R. CORT
10

11   Dated:  June 20, 2012                   /s/ Wendy S. Park
                                             WENDY S. PARK
12                                           EARTHJUSTICE
                                             50 California Street, Suite 500
13                                           San Francisco, CA 94111
                                             Telephone: (415) 217-2000
14                                           Facsimile:  (415) 217-2040
                                             Email: pcort@earthjustice.org
15                                           Email: wpark@earthjustice.org

16                                           *Counsel for Plaintiffs*

17

18                                           IGNACIA S. MORENO
                                             Assistant Attorney General
19                                           Environment and Natural Resources Division

20
     Dated:  June 20, 2012                   /s/ Martin F. McDermott
21                                           MARTIN F. McDERMOTT
                                             Trial Attorney
22                                           United States Department of Justice
                                             Environment and Natural Resources Division
23                                           Environmental Defense Section
                                             601 D Street, N.W.
24                                           Washington, D.C. 20004
                                             Phone:  (202) 514-4122
25                                           Email:  martin.mcdermott@usdoj.gov

26

27

28

JOINT STIPULATION TO EXTEND TIME – CASE NO. C 11-30106-JSW

**[PROPOSED] ORDER**

IT IS SO ORDERED. Plaintiffs shall serve and file a motion for attorney's fees and litigation costs, if necessary, by September 24, 2012.

Dated: June 21, 2012

UNITED STATES DISTRICT JUDGE