```
PAUL R. CORT, State Bar No. 184336
WENDY S. PARK, State Bar No. 237331
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
pcort@earthjustice.org
wpark@earthjustice.org
Tel: 415-217-2000 / Fax: 415-217-2040
```

Attorneys for Plaintiffs Sierra Club and
Medical Advocates for Healthy Air

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>　　　　Plaintiffs,<br>　　v.<br>LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>　　　　Defendants. | Case No: C 11-03106-JSW<br><br>**JOINT STIPULATION TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY'S FEES**<br><br>**and**<br><br>**[PROPOSED] ORDER** |

　　　　WHEREAS,

　　　　1.　　On March 26, 2012, this Court signed and entered a Consent Decree resolving plaintiffs' claims in this action (Dkt. 27);

　　　　2.　　Under the terms of the Consent Decree, plaintiffs' motion for attorney's fees and litigation costs is due on June 25, 2012, *see id.* ¶ 10;

　　　　3.　　The parties may stipulate to an extension of the time for filing plaintiffs' motion for attorney's fees and costs, *see id*. ¶ 4;

　　　　4.　　Plaintiffs and defendants have reached an agreement settling plaintiffs' claims for attorney's fees and costs but need additional time to carry out the terms of the agreement;

5. An additional 91-day extension of the June 25, 2012 attorneys' fees and costs motion deadline would afford the parties the time needed to do so without resort to further litigation;

THEREFORE, the parties, through their undersigned counsel, stipulate and request this Court to order that plaintiffs shall serve and file a motion for attorney's fees and costs, if necessary, by September 24, 2012. Defendants' counsel has authorized counsel for plaintiffs to sign and file this stipulation jointly on the parties' behalf.

Respectfully submitted,

PAUL R. CORT

Dated: June 20, 2012

/s/ Wendy S. Park
WENDY S. PARK
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
Email: pcort@earthjustice.org
Email: wpark@earthjustice.org

*Counsel for Plaintiffs*

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated: June 20, 2012

/s/ Martin F. McDermott
MARTIN F. McDERMOTT
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
601 D Street, N.W.
Washington, D.C. 20004
Phone: (202) 514-4122
Email: martin.mcdermott@usdoj.gov

## [PROPOSED] ORDER

IT IS SO ORDERED. Plaintiffs shall serve and file a motion for attorney's fees and litigation costs, if necessary, by September 24, 2012.

Dated: June 21, 2012

_____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND TIME – CASE NO. C 11-30106-JSW

3