IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and MEDICAL ADVOCATES FOR HEALTHY AIR,<br><br>Plaintiffs,<br><br>v.<br><br>BOB PERCIASEPE, in his official capacity as administrator of the U.S. Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region 9 of the U.S. Environmental Protection Agency,<br><br>Defendants. | No. C11-03106-JSW<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE |

Plaintiffs Sierra Club and Medical Advocates for Healthy Air, and Defendants Bob Perciasepe, in his official capacity as Acting Administrator of the United States Environmental Protection Agency ("EPA"), and Jared Blumenfeld, in his official capacity as Regional Administrator of EPA Region 9, have jointly moved this Court to dismiss this case, with prejudice. Said motion is GRANTED, and this case is hereby DISMISSED, WITH PREJUDICE.

This 12 day of April, 2013

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE